**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOE STANLI HALLMAN, | ) | NO. CV 10-3374-DDP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN KELLY HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 1, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE