O

Closed - 194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE STANLI HALLMAN,<br><br>          Petitioner,<br><br>   v.<br><br>KELLY HARRINGTON,<br><br>          Respondent.<br>_____ | Case No. CV 10-03374 DDP (E)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO APPEAL**<br><br>[Motion filed on May 26, 2011]<br><br>[9th CCA, 11-55886] |

    Presently before the court is Petitioner's Request for Leave to File Late Notice of Appeal. (Dkt. No. 21.) Having read Petitioner's papers and considered the arguments therein, the court GRANTS Petitioner's request.

    Rule 4(a)(1) of the Federal Rules of Appellate Procedure provides that notice of appeal "must be filed with the district clerk within 30 days after judgment or order appealed from is entered." Here, the court entered judgment on April 1, 2011, and Petitioner filed his Notice of Appeal more than 30 days thereafter on May 26, 2011. Petitioner now moves this court for leave to file a late notice of appeal.

cc: 9th Circuit Court of Appeal

1    Rule 4(a)(5) provides that the court may extend the time to
2 file a notice of appeal if "a party moves no later than 30 days
3 after the time prescribed by . . . Rule 4(a)" and "that party shows
4 excusable negligence or good cause."
5    Here, Petitioner moved this court for additional time on May
6 26, 2011, or 26 days after the 30 day time limit had expired under
7 Rule 4(a).  Petitioner's motion was, therefore, within the 30 day
8 limit set forth by Rule 4(a)(5).
9    Accordingly, the court proceeds to consider whether there was
10 good cause for Petitioner's delay.  Petitioner is an inmate in
11 Folsom State Prison and avers that overcrowding and extended
12 periods of lock down have prevented Petitioner from accessing the
13 law library or preparing his appeal.  The court finds good cause
14 for an extension of time to appeal.
15    For the reasons stated above, the court GRANTS Petitioner's
16 Request for Leave to File Late Notice of Appeal.  Petitioner's
17 notice of appeal filed on May 26, 2011 is hereby deemed timely.

21 IT IS SO ORDERED.

24 Dated: August 29, 2011

DEAN D. PREGERSON
United States District Judge

2